NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LELAND BRINCH McDANIEL,               )
                                      )
                Appellant,            )
                                      )
v.                                    )          Case No. 2D18-501
                                      )
STATE OF FLORIDA,                     )
                                      )
                Appellee.             )
_____ )

Opinion filed April 24, 2019.

Appeal from the Circuit Court for
Charlotte County; George C. Richards,
Judge.

Howard L. Dimmig, II, Public Defender,
And John C. Fisher, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


                Affirmed.


NORTHCUTT, KELLY, and ATKINSON, JJ., Concur.